# Exhibit 2

| US10749620 | STARZ ("The accused instrumentality") |
|---|---|
| 1. A server device that communicates with a user device associated with a user, where the user device receives content information that describes content that is broadcasted by an entity server, the server device comprising:<br><br>**Col 25, 26: lines 62-67, 1:**<br><br>*Station profile 800 may store previous content information 803 c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803 c may include a content name, artist, author, date, start time, end time, duration, previous* | The accused instrumentality discloses a server device (e.g., server of the accused instrumentality) that communicates with a user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) associated with a user, where the user device (e.g., user device such as smartphone, laptop, etc. enabled with the accused instrumentality) receives content information (e.g., video content information such as content name, duration, date, start time, end time, artist, etc.) that describes content (e.g., video content) that is broadcasted by an entity server (e.g., entity server such as STARZ Originals broadcaster, STARZ TV broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality sends a request to play video content, the server of the accused instrumentality identifies whether the content belongs to the STARZ Originals profile or the STARZ TV profile. Based on identification, it fetches content to the user and thereby enabling the user to access and play the video content. The content includes information such as content name, duration, date, start time, end time, artist, etc. associated with it. |

| | |
|---|---|
| *schedule, show, etc.* and/or any other information associated with content that has been broadcasted by broadcast station 150. | <br>https://www.starz.com/us/en/ |



https://play.google.com/store/apps/details?
id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://www.starz.com/us/en/schedule/STZ1/2026/04/06



https://www.starz.com/us/en



https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



https://www.facebook.com/Starz/videos/20-for-6-months-the-starz-app/1428259638488350/

| | |
|---|---|
| one or more processors executing instructions to: receive, from the user device, a request for a copy of the content, the request including a first identifier associated with the content, information associated with the user | The accused instrumentality discloses one or more processors (e.g., processor of the accused instrumentality server) executing instructions to: receive, from the user device (e.g., user device enabled with the accused instrumentality), a request (e.g., request to play the video) for a copy of the content (e.g., video content), the request (e.g., request to play the video) including a first identifier (e.g., program name, duration, artist, etc.) associated with the content (e.g., video content), information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality), and information (e.g., entity server name such as STARZ Originals, STARZ TV, etc.) associated with the entity |

| | |
|---|---|
| device, and information associated with the entity server;<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), <u>a user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access</u>* | server (e.g., entity server such as STARZ Originals broadcaster, STARZ TV broadcaster, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device enabled with the accused instrumentality performs login and sends a request to play the video content by clicking the play button, the processor of the accused instrumentality server receives a request from a user device enabled with the accused instrumentality to access video content from STARZ TV, STARZ Originals, etc. The request includes information associated with the video content, such as the program name, duration, artist, etc., information associated with the user device, such as the user name, email address, login credentials, and type of user subscription; and information associated with the entity server, such as the entity server name such as STARZ TV, STARZ Originals, etc. |

| | |
|---|---|
| *and play the content)* *and/or a copy of the content such that it is available to the user.*<br><br>**Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received.* <u>*Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user*</u> | <br><br>https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US |

*device 110 (e.g., a network address, Internet Protocol (IP) address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein.*

**Col 25, 26: lines 62-67, 1:**

*Station profile 800 may store previous content information 803c, which may identify content that has been broadcasted by broadcast station 150. For example, previous content information 803c may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc. and/or any other*



a request for a copy of the content

https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



first identifier associated with the content

https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896

| | |
|---|---|
| *information associated with content that has been broadcasted by broadcast station 150.*<br><br>**Col 20: lines 30-36:**<br><br>*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.* | <br><br>https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896 |



https://www.starz.com/us/en/schedule/STZ1/2026/04/06



https://www.starz.com/us/en/schedule/STZ1/2026/04/06



https://www.youtube.com/watch?v=VCP6OeBMB9I



https://support.starz.com/en_us/how-do-i-log-in-to-starz-BkLuz4Z1j

**What Information Do We Collect About You?**

Depending on how you interact with our Services, Sites, Features, Applications, the nature of your Communications, and our interaction with Third-Parties, we may collect the following pieces of your information:

- Name and address.
- Date of birth.
- Contact information, such as e-mail address / physical address / telephone number.
- Registration information, including username, password, password reminder and other information relating your account.
- Demographic data including race or ethnicity, religious or philosophical beliefs, sexual orientation, political affiliation, gender, marital status, estimated age range, occupation, education level, household status (head of household, spouse, elderly parent, young adult), dwelling type and size, rent or own home, estimated home value, length of residence, number of adults, presence of children, estimated household income, age, language preference

https://www.starz.com/us/en/privacy

**How Do We Protect and Store Your Information?**

Although no system can guarantee the complete security of your information, we take all commercially reasonable steps, appropriate to the nature of information at issue, to ensure your information is subject to appropriate organizational, technical, and physical safeguards to protect against unauthorized access or disclosure, in alignment with all applicable laws and regulations.

**How Long Do We Keep Your Personal Information?**

We keep your information for as long as necessary in accordance with the purposes for which it was collected, our business needs, and our legal and regulatory obligations. If we dispose of your information, we will do so in a way that is secure and appropriate to the nature of the information subject to disposal.

**Data Transfers**

We operate globally and may transfer your personal information with Company affiliates or third parties in locations around the world for the purposes described in this Privacy Notice. Wherever your personal information is transferred, stored or processed by us, we will take reasonable steps to safeguard the privacy of your personal information. These steps may include implementing standard contractual clauses where recognized by law, obtaining your consent, or other lawful means of transferring personal information.

https://www.starz.com/us/en/privacy

| | |
|---|---|
| obtain a user profile associated with the user device by matching the information associated with the user device to first information stored in | The accused instrumentality discloses obtaining a user profile (e.g., user account profile), associated with the user device (e.g., user device enabled with the accused instrumentality) by matching the information (e.g., user name, email address, login credentials, a type of user subscription, etc.) associated with the user device (e.g., user device enabled with the accused instrumentality) to first information (e.g., user name, email address, login credentials, a type of user subscription, etc.) stored in the user profile |

| | |
|---|---|
| the user profile; | (e.g., user account profile). |
| **Col 16: lines 37-48:**<br><br>*User profile module 511 may enable application server 160 to create and/or maintain a profile associated with a user and/or user device 110 (hereinafter, "user profile") from which information associated with a user, user device 110, content, and/or ad content, may be received. Such a user profile may include user information (e.g., a name of user, an address of the user, a user email address, a sim URI, etc.), information associated with user device 110 (e.g., a network address, Internet Protocol (IP)* | As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. A user can create an account on the accused instrumentality and select a type of subscription, such as monthly or semi-annual. When a user device enabled with the accused instrumentality performs login and sends a request to the server to play the video content, the processor of the accused instrumentality server obtains a user profile associated with the user device by matching the information associated with the user device such as the username, email address, login credentials, subscription type, etc. with the information stored in the user profile to authorize access to the video content.<br><br><br><br>https://play.google.com/store/apps/details? |

| | |
|---|---|
| _address, a mobile directory number, an electronic serial number, etc.), an account number, a type of user subscription, etc. as further described herein._ | id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US <br><br>  <br><br> https://www.starz.com/us/en/signup |



https://www.starz.com/us/en/buy



https://support.starz.com/en_us/how-do-i-log-in-to-starz-BkLuz4Z1j



https://www.youtube.com/watch?v=VCP6OeBMB9I



https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://www.reddit.com/r/appletv/comments/a6q92b/
is_the_starz_app_broken_for_anyone_else/



https://support.starz.com/en_us/how-do-i-cancel-my-starz-subscription-SJdqfEWyo

https://www.starz.com/us/en/privacy

**What Information Do We Collect About You?**

Depending on how you interact with our Services, Sites, Features, Applications, the nature of your Communications, and our interaction with Third-Parties, we may collect the following pieces of your information:

- Name and address.
- Date of birth.
- Contact information, such as e-mail address / physical address / telephone number.
- Registration information, including username, password, password reminder and other information relating your account.
- Demographic data including race or ethnicity, religious or philosophical beliefs, sexual orientation, political affiliation, gender, marital status, estimated age range, occupation, education level, household status (head of household, spouse, elderly parent, young adult), dwelling type and size, rent or own home, estimated home value, length of residence, number of adults, presence of children, estimated household income, age, language preference

https://www.starz.com/us/en/privacy

**How Do We Protect and Store Your Information?**

Although no system can guarantee the complete security of your information, we take all commercially reasonable steps, appropriate to the nature of information at issue, to ensure your information is subject to appropriate organizational, technical, and physical safeguards to protect against unauthorized access or disclosure, in alignment with all applicable laws and regulations.

**How Long Do We Keep Your Personal Information?**

We keep your information for as long as necessary in accordance with the purposes for which it was collected, our business needs, and our legal and regulatory obligations. If we dispose of your information, we will do so in a way that is secure and appropriate to the nature of the information subject to disposal.

**Data Transfers**

We operate globally and may transfer your personal information with Company affiliates or third parties in locations around the world for the purposes described in this Privacy Notice. Wherever your personal information is transferred, stored or processed by us, we will take reasonable steps to safeguard the privacy of your personal information. These steps may include implementing standard contractual clauses where recognized by law, obtaining your consent, or other lawful means of transferring personal information.

https://www.starz.com/us/en/privacy

| | |
|---|---|
| obtain an entity profile, associated with the entity server, by matching the information associated with the entity server to second | The accused instrumentality discloses obtaining an entity profile (e.g., STARZ Originals profile, STARZ TV profile, etc.), associated with the entity server (e.g., entity server such as STARZ Originals broadcaster, STARZ TV broadcaster, etc.), by matching the information (e.g., entity server name such as STARZ Originals, STARZ TV, etc.) associated with the entity server (e.g., entity server such as STARZ Originals broadcaster, STARZ TV broadcaster, etc.) to second information (e.g., entity server name such as STARZ |

| | |
|---|---|
| information stored in the entity profile;<br><br>**Col 20: lines 30-36:**<br><br>*Station server 120 may also, or alternatively, provide information associated with the station (e.g., name, station frequency, address, broadcast area, genre, etc.) and/or station server 120 (e.g., an IP address, MAC address, uniform resource locator (URL), an electronic serial number (ESN), etc.) to application server 160.* | Originals, STARZ TV, etc.) stored in the entity profile (e.g., STARZ Originals profile, STARZ TV profile, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as STARZ Originals, STARZ TV, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the STARZ Originals profile or the STARZ TV profile.<br><br><br><br>https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US |



https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://www.starz.com/us/en



https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



https://www.starz.com/us/en/schedule/STZ1/2026/04/06

| | |
|---|---|
| | **How Do We Protect and Store Your Information?**<br><br>Although no system can guarantee the complete security of your information, we take all commercially reasonable steps, appropriate to the nature of information at issue, to ensure your information is subject to appropriate organizational, technical, and physical safeguards to protect against unauthorized access or disclosure, in alignment with all applicable laws and regulations.<br><br>**How Long Do We Keep Your Personal Information?**<br><br>We keep your information for as long as necessary in accordance with the purposes for which it was collected, our business needs, and our legal and regulatory obligations. If we dispose of your information, we will do so in a way that is secure and appropriate to the nature of the information subject to disposal.<br><br>**Data Transfers**<br><br>We operate globally and may transfer your personal information with Company affiliates or third parties in locations around the world for the purposes described in this Privacy Notice. Wherever your personal information is transferred, stored or processed by us, we will take reasonable steps to safeguard the privacy of your personal information. These steps may include implementing standard contractual clauses where recognized by law, obtaining your consent, or other lawful means of transferring personal information.<br><br>https://www.starz.com/us/en/privacy |
| identify the content, in the entity profile, by matching the first identifier to a second identifier associated with the content stored in the entity profile;<br><br><u>Col 25, 26: lines 62-67, 1:</u><br><br>*Station profile 800 may store previous <u>content information 803 c, which may identify content that has been broadcasted</u>* | The accused instrumentality discloses identifying the content (e.g., video content), in the entity profile (e.g., STARZ Originals profile, STARZ TV profile, etc.), by matching the first identifier (e.g., program name, duration, artist, etc.) to a second identifier (e.g., program name, duration, artist, etc. that is stored on STARZ Originals, STARZ TV, etc. ), associated with the content (e.g., video content) stored in the entity profile (e.g., STARZ Originals profile, STARZ TV profile, etc.).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as STARZ Originals, STARZ TV, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the STARZ Originals profile or the STARZ TV profile. |

| | |
|---|---|
| _by broadcast station **150**. For example, previous content information **803c** may include a content name, artist, author, date, start time, end time, duration, previous schedule, show, etc._ and/or any other information associated with content that has been broadcasted by broadcast station **150**. | It then identifies the content on the entity account by matching the content name, duration, artist, etc. with the content information already stored on entity account.<br><br><br><br>https://www.starz.com/us/en |



https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896

https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



https://www.starz.com/us/en/schedule/STZ1/2026/04/06

| | |
|---|---|
| obtain the copy of the content to enable the user device to access the copy of the content based on the identifying the content in the entity profile; | The accused instrumentality discloses obtaining the copy of the content (e.g., video content) to enable the user device (e.g., user device enabled with the accused instrumentality) to access the copy of the content (e.g., video content) based on the identifying the content (e.g., video content) in the entity profile (e.g., STARZ Originals profile, STARZ TV profile, etc.).

As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives |

request information including the entity server associated with the requested content such as entity server name such as STARZ Originals, STARZ TV, etc., it then matches this information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the STARZ Originals profile or the STARZ TV profile.

It then identifies and obtains the content on the entity account by matching the content name, duration, artist, etc. with the content information already stored on entity account .



https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://www.starz.com/us/en



https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



https://www.starz.com/us/en/schedule/STZ1/2026/04/06

| | |
|---|---|
| send, to the user profile, a notification indicating that the user device is authorized to access to the content.<br><br>**Col 27: lines 56-65:**<br><br>*Capture button **904** may enable a user to capture* | The accused instrumentality discloses sending to the user profile, a notification (e.g., access to play the video content) indicating that the user device (e.g., user device enabled with the accused instrumentality) is authorized (e.g., authorized based on type of subscription, etc.) to access to the content (e.g., video content).<br><br>As shown below, the accused instrumentality is a pay-TV network and streaming service that provides live and on-demand video content to users. When a user device requests to play the video content, the processor of the accused instrumentality server receives request information including the entity server associated with the requested content such as entity server name such as STARZ Originals, STARZ TV, etc., it then matches this |

*content. For example, in the event that a user desires to capture the content being broadcast (e.g., John Doe's Love Song, as in FIG. 9), a <u>user may select capture button **904** (e.g. a single button), which may cause user device **110** to send a request for content to application server **160**. As further described below, user device **110** may receive an identifier, a key, and/or authorization associated with the content (enable user device **110** to access and play the content)</u> and/or a copy of the content such that it is available to the user.*

<u>**Col 27: lines 45-52:**</u>

*In one non-limiting*

information to the information (entity server name) stored in the entity profile to obtain the entity profile for the request content, such as the STARZ Originals profile or the STARZ TV profile.

It then identifies the content on the entity account by matching the content name, duration, artist, etc. with the content information already stored on entity account. Based on obtained content i.e., free or paid content, and user profile i.e., free or paid user, it will identify the content and provide authorization to the user to access/play the content.



<u>https://play.google.com/store/apps/details?</u>
<u>id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US</u>

| | |
|---|---|
| *example, in the event that the content is leased and/or rented, the key may be associated with a lease that expires after a period of time. Expiration of the key may preclude user device 110 from decoding the content, playing the content, downloading or streaming the content, or may cause an indicator and/or* <u>*notification (that indicates that access has been granted to the content)*</u> *to be removed from the user profile.* | <br><br>https://www.starz.com/us/en/signup |



https://www.starz.com/us/en/buy



https://support.starz.com/en_us/how-do-i-log-in-to-starz-BkLuz4Z1j



https://www.youtube.com/watch?v=VCP6OeBMB9I



https://play.google.com/store/apps/details?id=com.bydeluxe.d3.android.program.starz&hl=en_US&gl=US



https://www.reddit.com/r/appletv/comments/a6q92b/
is_the_starz_app_broken_for_anyone_else/



https://support.starz.com/en_us/how-do-i-cancel-my-starz-subscription-SJdqfEWyo



https://www.starz.com/us/en/schedule/STZ1/2026/04/06



https://www.starz.com/us/en



https://www.starz.com/us/en/series/outlander/season-1/episode-1/21896



https://www.facebook.com/Starz/videos/20-for-6-months-the-starz-app/1428259638488350/

Effective Date: December 10, 2024

Thank you for visiting a Starz Entertainment, LLC ("Starz", "Company", "us", "we", or "our") property. This Privacy Notice explains how Starz collects, uses, stores, shares, and secures your information.

https://www.starz.com/us/en/privacy

## What Information Do We Collect About You?

Depending on how you interact with our Services, Sites, Features, Applications, the nature of your Communications, and our interaction with Third-Parties, we may collect the following pieces of your information:

- Name and address.
- Date of birth.
- Contact information, such as e-mail address / physical address / telephone number.
- Registration information, including username, password, password reminder and other information relating your account.
- Demographic data including race or ethnicity, religious or philosophical beliefs, sexual orientation, political affiliation, gender, marital status, estimated age range, occupation, education level, household status (head of household, spouse, elderly parent, young adult), dwelling type and size, rent or own home, estimated home value, length of residence, number of adults, presence of children, estimated household income, age, language preference

https://www.starz.com/us/en/privacy

## How Do We Protect and Store Your Information?

Although no system can guarantee the complete security of your information, we take all commercially reasonable steps, appropriate to the nature of information at issue, to ensure your information is subject to appropriate organizational, technical, and physical safeguards to protect against unauthorized access or disclosure, in alignment with all applicable laws and regulations.

## How Long Do We Keep Your Personal Information?

We keep your information for as long as necessary in accordance with the purposes for which it was collected, our business needs, and our legal and regulatory obligations. If we dispose of your information, we will do so in a way that is secure and appropriate to the nature of the information subject to disposal.

## Data Transfers

We operate globally and may transfer your personal information with Company affiliates or third parties in locations around the world for the purposes described in this Privacy Notice. Wherever your personal information is transferred, stored or processed by us, we will take reasonable steps to safeguard the privacy of your personal information. These steps may include implementing standard contractual clauses where recognized by law, obtaining your consent, or other lawful means of transferring personal information.

https://www.starz.com/us/en/privacy